The final case on our calendar for argument this morning is No. 20-203, Westry v. Leon. And I understand that the appellant is not appearing for argument, but we will hear from Mr. Mingacci for our appellee. Is that correct? That's correct, Your Honor. Thank you very much. May it please the court, the sole issue on appeal is whether Judge Bolden correctly entered summary judgment on the basis of qualified immunity as it related to the use of the taser by the defendant, Officer Leon. Excuse me. The plaintiff contends that Judge Bolden did not properly find that he was noncompliant and nonthreatening, but found the opposite to be true, which would have justified the use of the taser by Officer Leon under the facts and circumstances of the case, which were not in dispute. The appellant also raises or addresses issues of Eighth Amendment constitutional violations as well as a claim for unreasonable search in the entry into the home, neither of which issues were claimed or addressed at the trial level. In fact, the complaint in this matter simply alleged a violation of Fourth Amendment rights for excessive force by virtue of the use of the taser under the circumstances which existed at the time of its discharge. The undisputed facts clearly show that Officer Leon was justified in his use of the taser in the circumstances with which they were presented. And in fact, Judge Bolden found specifically that, as he should, even taking the facts most favorably to the plaintiff's version, the court noted that Mr. Westry was both noncompliant and threatening. And as a result of that, Officer Leon was justified in the use of the taser and certainly entitled to qualified immunity under the facts with which he was presented. I'm hearing no questions. If you'd like to rest the remainder of your argument on your papers, you're certainly welcome to do that. Yes, I would, Your Honor. If the courts have no questions, I would be happy to do that. Very good. Thank you very much, Mr. Mangachi. We will reserve decision. Thank you, Your Honor. Thank you. That concludes our arguments for this morning. The clerk will please adjourn court. Court is adjourned.